UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

APPLYA CORPORATION,
a Delaware corporation,

      Plaintiff,

v.

TBG TECH CO. LLC,
a Florida limited liability company,
and JOHANNES FLOE,

      Defendants.

Civil Action No.: 1:23-cv-21290-DPG

### PROPOSED FINAL DEFAULT JUDGMENT AGAINST TBG TECH CO., LLC

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Default Judgment against Defendant TBG Tech Co. LLC. Pursuant to Rules 55(b) and 58(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that:

1. **FINAL DEFAULT JUDMENT** is hereby entered in favor of Plaintiff Applya Corporation, a Delaware corporation, and against Defendant TBG Tech Co., LLC, a Florida limited liability company, as to Counts I, II, III, IV, V, and VI of the Amended Complaint (ECF No. 15);

2. Plaintiff Applya Corporation, shall have and receive from Defendant TBG Tech Co., LLC the amount of **$11,620,614.60** (calculated as treble damages in the amount of $7,833,749.76, plus $466,689.45 in prejudgment interest, and attorneys' fees and costs in the amount of $3,320,175,60), which shall bear the post-judgment interest at the prevailing statutory rate, **for which sum let execution issue.**

2

**DONE AND ORDERED** in Chambers at Miami, Florida this \_\_\_\_ day of _____2024.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**