**PREJUDGMENT INTEREST CALCULATIONS**

<u>Interest Accruing on Initial Deposit</u>

| Period | Days During Period | Rate During Period | Daily Rate During Period as % | Pre-Judgment Interest Accruing on Initial Deposit of $1,861,249.92 |
|---|---|---|---|---|
| 11/6/2020-12/31/2020 | 55 | 5.37 | 0.0146721 | $15,019.64 |
| 1/1/2021-3/31/2021 | 89 | 4.81 | 0.0131781 | $21,829.69 |
| 4/1/2021-6/30/2021 | 90 | 4.31 | 0.0118082 | $19,780.21 |
| 7/1/2021-9/30/2021 | 91 | 4.25 | 0.0116438 | $19,721.54 |
| 10/1/2021-12/31/2021 | 91 | 4.25 | 0.0116438 | $19,721.54 |
| 1/1/2022-3/31/2022 | 89 | 4.25 | 0.0116438 | $19,288.10 |
| 4/1/2022-6/30/2022 | 90 | 4.25 | 0.0116438 | $19,504.82 |
| 7/1/2022-9/30/2022 | 91 | 4.34 | 0.0118904 | $20,139.22 |
| 10/1/2022-12/31/2022 | 91 | 4.75 | 0.0130137 | $22,041.79 |
| 1/1/2023-3/31/2023 | 89 | 5.52 | 0.0151233 | $25,051.93 |
| 4/1/2023-6/30/2023 | 90 | 6.58 | 0.0180274 | $30,198.15 |
| 7/1/2023-9/30/2023 | 91 | 7.69 | 0.0210685 | $35,684.51 |
| 10/1/2023-12/31/2023 | 91 | 8.54 | 0.0233973 | $39,628.88 |
| 1/1/2024-3/8/2024 | 67 | 9.09 | 0.0248361 | <u>$30,971.55</u> |
| | | | | **$338,581.56** |

<u>Interest Accruing on Second Deposit</u>

| Period | Days During Period | Rate During Period | Daily Rate During Period as % | Pre-Judgment Interest Accruing on Second Deposit of $750,000.00 |
|---|---|---|---|---|
| 1/24/2021-3/31/2021 | 66 | 4.81 | 0.0131781 | $6,523.16 |
| 4/1/2021-6/30/2021 | 90 | 4.31 | 0.0118082 | $7,970.54 |
| 7/1/2021-9/30/2021 | 91 | 4.25 | 0.0116438 | $7,946.89 |
| 10/1/2021-12/31/2021 | 91 | 4.25 | 0.0116438 | $7,946.89 |
| 1/1/2022-3/31/2022 | 89 | 4.25 | 0.0116438 | $7,772.24 |
| 4/1/2022-6/30/2022 | 90 | 4.25 | 0.0116438 | $7,859.57 |
| 7/1/2022-9/30/2022 | 91 | 4.34 | 0.0118904 | $8,115.20 |
| 10/1/2022-12/31/2022 | 91 | 4.75 | 0.0130137 | $8,881.85 |
| 1/1/2023-3/31/2023 | 89 | 5.52 | 0.0151233 | $10,094.80 |
| 4/1/2023-6/30/2023 | 90 | 6.58 | 0.0180274 | $12,168.50 |
| 7/1/2023-9/30/2023 | 91 | 7.69 | 0.0210685 | $14,379.25 |
| 10/1/2023-12/31/2023 | 91 | 8.54 | 0.0233973 | $15,968.66 |
| 1/1/2024-3/8/2024 | 67 | 9.09 | 0.0248361 | $12,480.14 |
| | | | | **$128,107.68** |
| | | | **TOTAL** | **$466,689.24** |



# MyFloridaCFO

📰 🖼 🔍 Español

Select Language ▼

Powered by Google Translate

## Accounting & Auditing

☰

Home / Local Governments / Judgement Interest Rates

# Current Judgment Interest Rates

| Effective Date | Rate Per Annum | Daily Rate as a Percentage | Daily Rate as a Decimal |
|---|---|---|---|
| January 1, 2024 | 9.09% | .0248361% | .000248361 |
| October 1, 2023 | 8.54% | .0233973% | .000233973 |
| July 1, 2023 | 7.69% | .0210685% | .000210685 |
| April 1, 2023 | 6.58% | .0180274% | .000180274 |
| January 1, 2023 | 5.52% | .0151233% | .000151233 |
| October 1, 2022 | 4.75% | .0130137% | .000130137 |
| July 1, 2022 | 4.34% | .0118904% | .000118904 |
| April 1, 2022 | 4.25% | .0116438% | .000116438 |
| January 1, 2022 | 4.25% | .0116438% | .000116438 |
| October 1, 2021 | 4.25% | .0116438% | .000116438 |
| July 1, 2021 | 4.25% | .0116438% | .000116438 |
| April 1, 2021 | 4.31% | .0118082% | .000118082 |
| January 1, 2021 | 4.81% | .0131781% | .000131781 |
| October 1, 2020 | 5.37% | .0146721% | .000146721 |
| July 1, 2020 | 6.03% | .0164754% | .000164754 |

| | | | |
|---|---|---|---|
| April 1, 2020 | 6.66% | .0181967% | .000181967 |

# Historical Judgment Interest Rates

| Year | Rate Per Annum | Daily Rate as a Percentage | Daily Rate as a Decimal |
|---|---|---|---|
| January 1, 2020 | 6.83% | .0186612% | .000186612 |
| October 1, 2019 | 6.89% | .0188767% | .000188767 |
| July 1, 2019 | 6.77% | .0185479% | .000185479 |
| April 1, 2019 | 6.57% | .0180000% | .000180000 |
| January 1, 2019 | 6.33% | .0173425% | .000173425 |
| October 1, 2018 | 6.09% | .0166849% | .000166849 |
| July 1, 2018 | 5.97% | .0163562% | .000163562 |
| April 1, 2018 | 5.72% | .0156712% | .000156712 |
| January 1, 2018 | 5.53% | .0151507% | .000151507 |
| October 1, 2017 | 5.35% | .0146575% | .000146575 |
| July 1, 2017 | 5.17% | .01416438% | .0001416438 |
| April 1, 2017 | 5.05% | .01383562% | .0001383562 |
| January 1, 2017 | 4.97% | .01361644% | .0001361644 |
| October 1, 2016 | 4.91% | .01341530% | .0001341530 |
| July 1, 2016 | 4.84% | .01322404% | .0001322404 |
| April 1, 2016 | 4.78% | .01306011% | .0001306011 |
| January 1, 2016 | 4.75% | .0129781% | .000129781 |
| October 1, 2015 | 4.75% | .0130137% | .000130137 |
| July 1, 2015 | 4.75% | .0130137% | .000130137 |

| April 1, 2015 | 4.75% | .0130137% | .000130137 |
| January 1, 2015 | 4.75% | .0130137% | .000130137 |
| October 1, 2014 | 4.75% | .0130137% | .000130137 |
| July 1, 2014 | 4.75% | .0130137% | .000130137 |
| April 1, 2014 | 4.75% | .0130137% | .000130137 |
| January 1, 2014 | 4.75% | .0130137% | .000130137 |
| October 1, 2013 | 4.75% | .0130137% | .000130137 |
| July 1, 2013 | 4.75% | .0130137% | .000130137 |
| April 1, 2013 | 4.75% | .0130137% | .000130137 |
| January 1, 2013 | 4.75% | .0130137% | .000130137 |
| October 1, 2012 | 4.75% | .0129781%[1] | .000129781[1] |
| July 1, 2012 | 4.75% | .0129781%[1] | .000129781[1] |
| January 1, 2012 | 4.75% | .0129781%[1] | .000129781[1] |
| April 1, 2012 | 4.75% | .0129781%[1] | .000129781[1] |
| 2012 | 4.75% | .0129781% | .000129781 |
| 10/1/11 | 4.75% | .0130137% | .000130137 |
| 1/1/2011-9/30/11[2] | 6% | .01644% | .0001644 |
| 2010 | 6% | .01644% | .0001644 |
| 2009 | 8% | .02192% | .0002192 |
| 2008 | 11% | .03014% | .0003014 |
| 2007 | 11% | .03014% | .0003014 |
| 2006 | 9% | .02466% | .0002466 |
| 2005 | 7% | .01918% | .0001918 |
| 2004 | 7% | .01918% | .0001918 |

| 2003 | 6% | .01644% | .0001644 |
| 2002 | 9% | .02466% | .0002466 |
| 2001 | 11% | .03014% | .0003014 |
| 2000 | 10% | .02740% | .0002740 |
| 1999 | 10% | .02740% | .0002740 |
| 1998 | 10% | .02740% | .0002740 |
| 1997 | 10% | .02740% | .0002740 |
| 1996 | 10% | .02740% | .0002740 |
| 1995 | 8% | .02192% | .0002192 |
| 10/1/81-12/31/94 | 12% | .03333% | .0003333 |

[1] Note: The daily rate for quarters beginning in 2012, considers that 2012 is a leap year, and is calculated by dividing the annual rate by 366 days.

[2] Note: The January 1, 2011 interest rate was established prior to the law change under Chapter 2011-169, Laws of Florida. After July 1, 2011, interest rates will be established quarterly by the CFO.

Please call the Vendor Ombudsman Section within the Bureau of Vendor Relations at (850) 413-5516 for additional information.

## FLORIDA DEPARTMENT OF FINANCIAL SERVICES

Our department manages the financial responsibilities for the State of Florida.

## MOST POPULAR

Fraud Free Florida

Prepare Florida

Unclaimed Property

Consumer Helpline

Press Releases

Public Records Request

## EMPLOYEE RESOURCES

Search Career Opportunities

Employee' Information Center

Florida Deferred Compensation

## Contact

Directors Office 850-413-5510

Contact Us

200 East Gaines
Street, Tallahassee, FL
32399

Employee Emergency
Notifications

Send Us a Message: ASK
FLDFS

Long-Range Program   Rule Making Regulatory Plans   Legal Notices/Accessibility   Privacy Policy

Copyright 2023 Florida Department of Financial Services

