**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| APPLYA CORPORATION,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TBG TECH CO. LLC,<br>a Florida limited liability company,<br>and JOHANNES FLOE,<br><br>Defendants. | Civil Action No.: 1:23-cv-21290-DPG<br><br><br>**NOTICE OF**<br>**FILING EXHIBIT** |

PLEASE FIND attached hereto <u>Exhibit</u> 1 and <u>Exhibit 2</u> to Affidavit of Felix Mirando (ECF NO. 63-2), inadvertently omitted when filing the Affidavit with this Court on March 8, 2024, in the above referenced matter.

Respectfully Submitted,

**WALKER GRESSETTE & LINTON, LLC**
<u>Mail</u>:    P.O. Drawer 22167, Charleston, SC 29413
<u>Office</u>:  66 Hasell Street, Charleston, SC 29401
<u>Phone</u>:  (843) 727-2200

By: <u>/s/ Jennifer S. Ivey</u>
**Jennifer S. Ivey**
FL Bar No. 116192 Direct:
(843) 727-2216
Ivey@wglfirm.com

**ATTORNEYS FOR PLAINTIFF APPLYA CORPORATION**