**Exhibit 1**
to Affidavit of Felix Mirando (ECF No. 63-2)

## SC Health SPV

SC Health
Here for your Health

## PO No. 04302021-01

Attn: John Sanders, CFO
applya Corporation
131 Falls Street, Ste. 301
Greenville, SC 29601

Phone: 864-990-3696
Email: john@applya.com

| | |
|---|---|
| Purchase Order No. | 04302021-01 |
| Purchase Order Period: | May |
| Bill To: | SC Health SPV, LLC |
| Address: | 16 Berryhill Road<br>Columbia, SC 29210 |
| Phone: | 803/413-8808 |
| E-mail: | Alex@schealthspv.com |

| Description | Period | Price | Quantity | Total |
|---|---|---|---|---|
| KingFa Nitrile Powder-Free Gloves (100bx)(10%/40%/40%/10%) | May | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| | June | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **TERMS:** | July | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **- Seller shall confirm, in writing, that the Goods will clear FDA 4mil &** | August | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **510(k) standards, complies with ASTM standards.** | September | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **- Seller shall provide SC Health ("Buyer") with Third Party Inspection** | October | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **Report & Shipping Documents within 24 hours of receipt of Purchase** | November | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **Order.** | December | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **- Seller shall confirm, in writing, that the Goods will be ready for in-** | January | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **spection 48 hours after Submission of Purchase Order, including pro-** | February | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **viding Buyer with Address.** | March | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **- Seller shall be responsible for all costs, duties, and fees associated** | April | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **with international and domestic customs clearance, warehousing,** | May | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **and logistics to the Seller's warehouse.** | June | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **- Seller shall allow Buyer's Factor to inspect the products in the Seller's** | July | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **predetermined warehouse after Goods have cleared customs.** | August | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **- Buyer, with their Factor shall appoint no more than 5 agents to und-** | September | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **ergo an internal audit of the domestically held product.** | October | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **- These agents may inspect 1 Master Carton per pallot, of up to** | November | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **10% of pallots consisting of the domestically held product.** | December | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **- Government issued identification will be provided prior to the** | January | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **agents' entry to the warehouse.** | February | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **- Upon satisfactory inspection, Buyer will wire funds in the full am-** | March | $ 10.90 | 3,500,000.00 | $ 38,150,000.00 |
| **ount to an account of the Seller's choosing.** | April | $ 10.90 | 3,500,001.00 | $ 38,150,010.90 |
| **- Buyer shall be responsible for coordinating inland shipping to re-** | | | | |
| **move product from Seller's warehouse.** | | | | |
| | | | Purchase Order Subtotal | $ 915,600,010.90 |
| | | | **TOTAL** | **$ 915,600,010.90** |

Terms: DDP Seller's Warehouse (Exact Location to be Disclosed per Terms listed above.)
Notes: The term listed above are written in accordance to the attached Standard Operating Procedure represented to
- SC Health SPV, LLC. Should these terms be adjusted, SC Health SPV, LLC is not bound to accept without written approval.
- SC Health SPV, LLC has published this Purchase Order with full expectation that the terms represented will be adhered to.
- This Purchase Order & Accompanying, signed Standard Operating Procedure shall represent both a Purchase Order & Letter of Intent.
- This Purchase Order shall roll and extend indefinitely unless mutually agreed upon by both the Buyer & Seller. The Termination must be agreed upon in writing and the Terminating Party must give at least 30 days notice.

Approved by:




Alex Szkaradek, CEO



## applya Health PPE SOP - Purchasing

applya Health requires CIF (Cost, Insurance, Freight) DDP (Delivered, Duty, Paid) terms from PPE manufacturer to pay for all costs, duties and fees associated with international and domestic customs clearance, warehousing, and logistics to a U.S. based 3PL (3rd Party Logistics) location.

applya Health will conduct an inspection of product upon arrival to a U.S. based 3PL. The inspection includes a physical inventory in addition to the following (two days):

- 1 Master Carton per pallet randomly selected, of up to 10% of pallets will be inspected by an authorized inspector.
  - A carton will be pulled from each pallet
  - A box of product from the pulled carton will be inspected
  - If certain conditions are not met, further inspection of additional pallets may be required. Conditions can include but are not limited to the elasticity of the material, product color, damages to boxes, incorrect product in boxes
- Validation of lot #s, FDA approval, and other required government certifications will be conducted
- applya takes possession at 3PL with 10-day terms from satisfactory inspection.

## applya Health PPE SOP - Selling

- Buyer issues Purchase Order
- Buyer inspects product at 3PL located on U.S. soil
- Upon satisfactory inspection, buyer initiates wire in the full amount to applya Health
- applya Health validates incoming wire
- Buyer takes possession at 3PL and either coordinates inland shipping out of 3PL or pays applya to do such.

applya® Corporation

**Notes:** applya takes no risk until satisfactory inspection of product after delivery to US based 3PL. Lead times follow:

**Purchasing**

- Upon arrival of product to US based 3PL, applya inspection process is 2 days
- After taking ownership, applya payment terms are 10 days.

As information, product on incoming vessels by ocean take approximately 30 days from departure at origin point to arrive, clear customs and relocated to a US based 3PL, compared to product flown in which takes approximately 7 days.

**Selling**

- Approximate 3–5-day cycle to schedule/perform inspection, initiate wire validated by applya, take possession.