# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| APPLYA CORPORATION,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TBG TECH CO. LLC,<br>a Florida limited liability company,<br>and JOHANNES FLOE,<br><br>Defendant. | Civil Action No. 1:23-cv-21290-DPG<br><br>**NOTICE OF INTENT<br>TO SUBPOENA** |

Plaintiff, Applya Corporation, by and through the undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 45(a)(4) hereby gives notice to all parties of its intent to serve a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in the above civil action, on TBG Tech Co. LLC.

A copy of the subpoena is attached hereto.

Respectfully submitted,

**WALKER GRESSETTE & LINTON, LLC**
Mail: P.O. Drawer 22167, Charleston, SC 29413
Office: 66 Hasell Street, Charleston, SC 29401
Phone: (843) 727-2200

By: /s/ Jennifer S. Ivey
**Jennifer S. Ivey**
FL Bar No. 116192
Direct: (843) 727-2216
Ivey@wglfirm.com

and

        **SHUMAKER, LOOP & KENDRICK, LLP**
        101 E. Kennedy Blvd., Suite 2800
        Tampa, FL 33602
        Phone: (813) 229-7600

        By:  /s/ Steven M. Berman
        STEVEN M. BERMAN, ESQ.
        FL Bar No. 856290
        sberman@shumaker.com
        SETH P. TRAUB, ESQ.
        FL Bar. No. 022088
        straub@shumaker.com

        **ATTORNEYS FOR PLAINTIFF**
        **APPLYA CORPORATION**

Charleston, South Carolina
January 13, 2025