*APPLYA CORPORATION, a Delaware corporation v. TBG TECH CO. LLC, et al*
*Civil Action No. 1:23-cv-21290-DPG*

**EXHIBIT "A"**

With respect to any and all account in the name of TBG TECH CO. and/or TBG TECH CO. LLC, a Florida Limited Liability Company, with TD Bank (hereinafter collectively the "TBG Accounts"):

1)      All monthly statements for the TBG Accounts;
2)      Copies of deposit slips for the TBG Accounts;
3)      Copies of cancelled checks for the TBG Accounts;
4)      The completed forms and agreements for the opening of the TBG Accounts;
5)      Resolutions for signature authority for TBG Accounts;
6)      Signature forms or cards for the TBG Accounts; and
7)      Communications, in electronic or paper form, between TD Bank and any individual or entity in connection with and related to the TBG Accounts.

\*      \*      \*