UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-21290-GAYLES/TORRES

**APPLYA CORPORATION**,

    Plaintiff,

v.

**TBG TECH CO. LLC** and
**JOHANNES FLOE**,

    Defendants.

_____/

**SECOND AMENDED SCHEDULING ORDER**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **Monday, October 20, 2025** in the Miami Division before Judge Darrin P. Gayles at the Wilkie D. Ferguson U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, Miami, Florida. The **Telephonic Calendar Call** will be held at **9:30 a.m. on Wednesday, October 15, 2025**. The parties shall adhere to the following schedule:

| # | Task | Date |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **2/24/2025** |
| 2. | Written lists containing the names and addresses of all witnesses intended to be called at trial by | **3/17/2025** |
| 3. | Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **3/28/2025** |
| 4. | Defendants shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **4/25/2025** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **6/27/2025** |
| 6. | Fact discovery shall be completed by | **6/20/2025** |
| 7. | Expert discovery shall be completed by | **7/11/2025** |

| | | |
|---|---|---|
| 8. | Dispositive motions, including motions for summary judgment, and *Daubert* motions,[1] shall be filed by | **7/14/2025** |
| 9. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **8/15/2025** |
| 10. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law[2] shall be filed by | **7/25/2025** |

**DONE AND ORDERED** in Chambers at Miami, Florida, this **Wednesday, January 22, 2025.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   Chief Magistrate Judge Torres
      All Counsel of Record

---

[1] For cases set for a bench trial, the parties shall not file *Daubert* motions. The Court will decide those issues at trial.
[2] The parties shall file findings of fact and conclusions of law for bench trials only.