**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

APPLYA CORPORATION,
a Delaware corporation,                                             Civil Action No.: 1:23-cv-21290-DPG

       Plaintiff,

v.

TBG TECH CO. LLC,
a Florida limited liability company,
and JOHANNES FLOE,

       Defendants.

**NOTICE OF COMPLIANCE WITH COURT ORDER**

Plaintiff, Applya Corporation, by and through its undersigned counsel, hereby gives notice that on May 23, 2025, pursuant to this Court's Order Granting Motion for Entry of Judgment Against Defendant Johanes Floe (Doc. 144), Plaintiff submitted a proposed Final Judgment Against Johannes Floe via e-mail pursuant to this Court's procedures.

       Respectfully submitted,

       **SHUMAKER, LOOP & KENDRICK, LLP**
       101 E. Kennedy Blvd., Suite 2800
       Tampa, FL 33602
       Phone: (813) 229-7600

       By: */s/ Seth P. Traub*
           STEVEN M. BERMAN, ESQ.
           FL Bar No. 856290
           sberman@shumaker.com
           SETH P. TRAUB
           FL Bar No. 022088
           straub@shumaker.com

       **ATTORNEYS FOR PLAINTIFF**
       **APPLYA CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, a true and correct copy of the foregoing will be served via CM/ECF notice upon all parties of record.

/s/  Seth P. Traub

36296526v1