UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21290-DPG

APPLYA CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

TBG TECH CO. LLC,
a Florida limited liability company,
and JOHANNES FLOE,

    Defendants.
_____/

## FINAL JUDGMENT AGAINST JOHANNES FLOE

THIS CAUSE came before the Court on the Stipulation and Motion for Entry of Judgment against Defendant, Johannes Floe. [ECF No. 142]. The Court granted the Motion on May 14, 2025. [ECF No. 144].

In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of Applya Corporation and against Johannes Floe on Counts II, III, IV, V and VI of Plaintiff's Amended Complaint. Applya Corporation shall recover from Johannes Floe the total principal amount of $2,480,000.00, which shall bear interest at the statutory rate, all for which let execution issue forthwith.

This Court reserves jurisdiction to enter further orders necessary to enforce this Final Judgment.

**DONE AND ORDERED** in Chambers this 27th day of May, 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**